**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Eastern District of New York

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | A Merryland Operating LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | A Merryland Health Center LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-4213653 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1704-06 Mermaid Avenue | |
| Number        Street | Number        Street |
| | P.O. Box |
| Brooklyn          NY     11224 | |
| City            State      ZIP Code | City            State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Kings County | |
| County | Number        Street |
| | |
| | City            State      ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://newmedicalmermaid.wixsite.com/amerrylandhealth |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | A Merryland Operating LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

6214____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.    District _____    When _____    Case number _____
                                          MM / DD / YYYY

                District _____    When _____    Case number _____
                                                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.    Debtor _____    Relationship _____

        District _____    When _____
                                                                MM / DD / YYYY

        Case number, if known _____

| Debtor | A Merryland Operating LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____

                Number      Street

_____

_____

City                      State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

           Contact name    _____

           Phone        _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | A Merryland Operating LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

| 16. **Estimated liabilities** | ❑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
|---|---|---|---|
| | ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.** **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/28/2019
              MM  / DD / YYYY

✖ /s/ Lidiya Leshchinsky                         Lidiya Leshchinsky
Signature of authorized representative of debtor        Printed name

Title Managing Member

**18.** **Signature of attorney**

✖ /s/ Dawn Kirby                    Date   10/28/2019
Signature of attorney for debtor               MM    / DD / YYYY

Dawn Kirby
Printed name
Kirby Aisner & Curley LLP
Firm name
700 Post Road Suite 237
Number       Street

Scarsdale                          NY        10583
City                               State     ZIP Code

(914) 401-9500                     dkirby@kacllp.com
Contact phone                      Email address

2733004                            NY
Bar number                         State

1702 Mermaid LLC
97-77 Queens Blvd., Suite 620
Rego Park, NY 1374

AG Adjustments
740 Walt Whitman Road
Melville, NY 11747

Abbate DeMarinis, LLP
3200 Sunrise Highway
Wantagh, NY 11793

AnFex

Ascentium Capital LLC
23970 US Hwy 59
Humble, TX 77339

Axis Capital, Inc.
308 N. Locust Street
Suite 100
Grand Island, NE 68801

BFG Corporation
721 N McKinley
Lake Forest, IL 60045

Beckman Coulter
250 South Kraemer Blvd
PO Box 8000
Brea, CA 92821-8000

Beckman Coulter, Inc.
Atlanta Vision Center
3353 Peach Tree N.E. Suite 200
Atlanta, GA 30326

Consulting

Corporation Service Company, As Rep
PO BNox 2576
UCCSPREP@CSCINFO.com
Springfield, IL 62708

Edwin Cosme
1726 Mermaid Avenue
Brooklyn, NY 11224

Financial Pacific Leasing Inc.
PO Box 4568
Auburn, WA 98001

Ilya Kiblitsky
c/o Turturro Law
1602 McDonald Avenue

Inga Leshchinsky

Intermed Care, P.C.
3048 Brighton 1st Street, 1st Floor
Brooklyn, NY 11235

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Phildelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Irina Kiblibsky
c/o Turturro Law PC
1602 McDonald Ave
Brooklyn, NY 11230

Lease - Copy Machine

Lease - Medical Equipment

Legal - General Counsel

Lenco

Lidiya Leshchinsky
1704-1706 Mermaid Avenue
Brooklyn, NY 11224

Lidiya Leshchinsky
170 Douglas Rd
Staten Island
NY 10304

M2 Lease Funds LLC
175 N. Patrick Blvd., Suite 140
Brookfield, WI 53045

MD Capital Partners, Inc.
65 Enterprise
Aliso Viejo, CA 92656

NYC Corporation Counsel
100 Church Street, RM 5-240
Attn: Bankruptcy Dept.
New York, NY 10007

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYS Dept. Taxation & Finance
Bankruptcy/ Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

New York City Dept. of Finance
Tax Audit & Enforcement Div
345 Pearl St - Attn Bankruptcy Unit
New York, NY 10038

Pier 17 Professional Medical Management
3165 Emmons Avenue
Ste C2-C3
Brooklyn, NY 11235

Revived Soul Medical, P.C.
c/o  Turturro Law, P.C.
1602 McDonald Avenue
Brooklyn, NY 11230

Serafina Lemberg
1704-1706 Mermaid Avenue
Brooklyn, NY 11224

Serge Kolotsi
2170 E. 65th St
Brooklyn, NY 11234

Sima Lemberg
40 Brighton First Road, Apt. 10-G
Brooklyn
NY 11235

The Leasing Experts Inc.
9710 East Indigo Streret
Suite 203
Miami, FL 33157

U.S. Small Business Administration
Birmingham Disaster Loan Service Center
2 North 20th Street Suite 320
Birmingham, AL 35203

US Small Business Administration
PO Box 740192
Atlanta, GA 30374-0192

Veronica Leshchinsky

United States Bankruptcy Court

Eastern District of New York

In re:   A Merryland Operating LLC

Case No.

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

       The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:       10/28/2019     

/s/ Lidiya Leshchinsky

Signature of Individual signing on behalf of debtor

Managing Member

Position or relationship to debtor